ETHEL WILSON, Appellant, v. BROOKLYN BUS CORPORATION, Respondent.— Action to recover damages for personal injuries suffered by the plaintiff as a conse-

quence of coming in contact with a bus operated by the defendant. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.